IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>[1] WANDA VAZQUEZ-GARCED,<br>[2] JULIO M. HERRERA-VELUTINI,<br>[3] MARK T. ROSSINI,<br><br>**Defendants.** | **CRIMINAL NO.** 22-342(RAM) |

### ORDER

In order to notify the terms and requirements of the Protective Order issued by this Court at Docket No. 27, the Government **SHALL** serve a copy of the Protective Order on all currently known witnesses and their legal counsel, if applicable. Furthermore, within seven (7) days, the Government **SHALL** file an *ex-parte* service list under seal to accredit its compliance.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of August 2022.

S/ RAÚL M. ARIAS-MARXUACH
United States District Judge