IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>WANDA VAZQUEZ GARCED,<br>JULIO M. HERRERA VELUTINI, and<br>MARK T. ROSSINI<br>　　　Defendants. | Criminal No. 22-342 (RAM) |

## UNCLASSIFIED ORDER

The Court, having carefully considered the United States' *Ex Parte, In Camera*, Under Seal Motion for a Protective Order ("Motion") filed in accordance with Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. III, § 4, and Fed. R. Crim. P. 16(d)(1), and the accompanying memorandum of law and attachments thereto, hereby:

**GRANTS** the Motion and directs the Clerk of Court to send a copy of this Order to counsel for the Defendants and the United States;

Accordingly, it is **ORDERED** that the Classified Information Security Officer shall deliver a copy of the Court's Classified Order regarding the Motion to the United States;

It is further **ORDERED** that, consistent with the Court's Classified Order, the United States shall withhold from discovery certain classified information and, as set forth in the Motion, provide the Defendants with unclassified substitutions in place of certain other classified information.

Dated:   March 20, 2023

　　　　　　　　　　　　　　　　　　　　　　　_/s/ RAM_
　　　　　　　　　　　　　　　　　　　　　　　RAÚL M. ARIAS-MARXUACH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE