IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br>Plaintiff<br><br>v.<br><br>Mark Rossini<br><br>Defendant | **Crim. 22-342 (SCC)** |

## MOTION REQUESTING TO BE EXCUSED FROM HEARING DUE TO CALENDAR CONFLICT

**TO THE HONORABLE COURT:**

   **NOW COMES DEFENDANT** the undersigned counsel and respectfully states and prays :

   A status conference is scheduled for October 2,2023. Due to a calendar conflict the undersigned counsel is not able to attend the hearing . Counsel for defendant Rossini , Michael Nadler has been advised of the above .

   WHEREFORE , it is respectfully requested the present motion be granted and counsel be excused from attending the hearing .

   Respectfully submitted in San Juan, Puerto Rico this 2nd day of October ,2023.

CERTIFICATE OF SERVICE

This is to certify that this motion is being filed through the Clerk of the Court through the CM/ ECF filing system, which will automatically notify counsel of record.

S/*Lydia Lizarribar Masini*
Lydia Lizarribar Masini
USDC 124301
G 14 Oneill St Suite A
San Juan , PR 00918
Tel. 787-525-5462
lizarribarlaw@gmail.com