## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JULIO M. HERRERA-VELUTINI,<br>Defendant. | CRIM. NO. 22-342 (RAM) |

## MOTION TO RESTRICT

**TO THE HONORABLE COURT:**

COMES NOW **Bancredito International Bank & Trust Corporation** (hereinafter, "Bancredito"), through the undersigned counsel, and respectfully states and prays:

Leave is respectfully requested to file the accompanying motion under the restriction level "Selected Parties" (defendant Herrera-Velutini) for the reason expressed at footnote one of the motion.

**WHEREFORE**, Bancredito respectfully requests that this Honorable Court grant the above.

**RESPECTFULLY SUBMITTED**.

At San Juan, Puerto Rico, on this 7th day of November, 2023.

**LAW OFFICES OF
FRANCISCO REBOLLO-
CASALDUC**
P.O. Box 195571
San Juan, Puerto Rico, 00919
Tel. 787-362-0811

*s/ Francisco Rebollo-Casalduc*
Francisco Rebollo-Casalduc
USDC-PR No. 205603
*rebollolaw@gmail.com*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

At San Juan, Puerto Rico, on this 7th day of November, 2023.