# Michael W. Russo, CEDS

TWO S. BISCAYNE BLVD.
SUITE 1600
MIAMI, FLORIDA 33131

786.687.4073
mrusso@lawgicalinsight.com

Mr. Russo has worked as an expert and consultant in digital forensics, eDiscovery, and information technology for over a decade.

**RECENT EXPERT TESTIMONY & ENGAGEMENTS**
- *SEC v. CBSG, Inc., et al*, 20-CV-81205-RAR, U.S. Dist. Court for Southern Dist. of Fl.
    - Lead digital forensics and eDiscovery analyst/consultant/expert for court-appointed emergency Receiver related to multi-state anti-fraud investigation of over ten related entities alleged to have illegally raised half a billion dollars for illegal business purposes.
    - Perform continuing digital forensics analysis and digital asset defense on behalf of SEC and FBI in support of joint regulatory and criminal investigations.
    - Expert testimony filed in support of motion practice throughout case on complex eData issues – including data intrusions, fraudulent financial transactions, email & other digital communications tracing & verification; and eData recovery & reconstruction.
- *IOA v. Farrow*, 2020-CA-000725, Circuit Court, 18th Judicial Circuit, Seminole County Fl.
    - Expert testimony filed in support of motion practice on complex eData issues – including virtual asset control and libelous communications & publications.
    - Expert testimony under cross examination on these complex eData issues.
    - Testimony led to Defendant's admission of involvement in illegal online activity, including illegal communications.
- *John Van Horn v. Richard Coon, et al*, 2015-CA-01999-O, Circuit Court, 9th Judicial Circuit, Orange County, Fl.
    - Lead digital forensics and eDiscovery analyst/consultant/expert for defendant party to litigation.
    - Audited prior eDiscovery vendor Consilio's management of eData in litigation, including prior eData responsiveness searches; inherited eData management role from prior eDiscovery vendor.
- *Virginia v. Mark H. Dean*, CR20000302-00, Circuit Court, 16th Judicial Circuit, Albemarle County, Va.
    - Lead digital forensics and eDiscovery analyst/consultant/expert for defendant.
    - Provided expert testimony in support of successful motion to exclude digital evidence stemming from a Brady Rule violation.
- *U.S. v. Elizabeth P. Young*, 19-CR-60157-RAR, U.S. Dist. Court for Southern Dist. of Fl.
    - Expert testimony in support of successful request to continue trial for improper production from government agency – including issues with metadata.
- *Florida v. Charles Adelson*, 16 CF 03036, Circuit Court, 2nd Judicial Circuit, Leon County, Fl.
    - Lead digital forensics and eDiscovery analyst/consultant/expert for defendant – including forensic device and digital account collections.

- Aid litigation team in reviewing and analyzing extensive investigative materials – including wire taps, CDR maps / phone logs, and forensic device images.
- *Vital Pharmaceuticals, Inc. v. Ball Metal Beverage Container Corp.*, 0:2020 cv 62253, U.S. Dist. Court for the Southern Dist. of Fl.
    - Lead digital forensics and eDiscovery analyst/consultant/expert for defendant party to litigation – including forensic device and digital account collections.
- *Jonathan Lord, M.D. v. UM* 13-22500-CIV U.S. Dist. Court for the Southern Dist. of Fl.
    - Lead digital forensics and eDiscovery analyst/consultant/expert for plaintiff party to litigation.

**PROFESSIONAL EXPERIENCE**

**Lawgical Insight,** Miami, FL
*CEO / Founder*                                                                                      July 2018 – Present
- Lead digital forensics and eDiscovery consultant.
- Over 100 engagements to locate & collect, reconstruct, preserve, analyze, or opine on eData in support of criminal, civil, and private investigations or litigation.
- Consult on matters involving eData – including metadata – from mobile devices, cloud infrastructure, social media, email, file repositories, personal computers, and other electronic devices.

**Carlton Fields, P.A.,** Miami, FL
*Practice Technology Supervisor*                                                           April 2012 – July 2018
- Founded and led in-house eDiscovery department engaged in forensic collection, analysis, and review of digital evidence in support of all lawsuits handled by the firm.
- Responsible for managing and supporting all aspects of litigation technology, including but not limited to managing network communications & email infrastructure, databases, hardware, and software for over 500 users.

**United States Attorney's Offices (Various Offices),** South Florida
*Information Technology Specialist*                                                      March 2008 – April 2012
- Sample major assignment: point of contact for *US v AEY, Inc.*, where the defendant was under investigation by the Army and responsible for eDiscovery systems support for the investigating Special Agents.
- Maintained specialized database applications, created databases using Microsoft Access, and wrote proprietary software for use by USAOs.
- Ensured system security by monitoring and controlling access to digital assets and defending against eData intrusions.

**TOOL PROFICIENCIES**
- Forensics: Cellebrite Forensics, Oxygen Forensics, Fiddler, ZenMap, Magnet Forensics, FTK / Encase, Elcomsoft, OSForensics, Sleuth, AutoPsy & Sumur.
- eDiscovery & Litigation: Relativity, Logikcull, Everlaw, DISCO, iConectNXT, Ultra Suite, Beyond Suite, Concordance, IPRO Enterprise Suite (Eclipse, Allegro, Eclipse SE, and Ecapture), CaseMap, CaseNoteook/Livenote, Summation, Sanction, & MS Access.
- Cloud Infrastructure: Azure (Resources, AD, DNS Zones, PowerShell, etc), Google GSuite Admin, ShareGate, Altaro, CodeTwo, Netwrix.

**CODING LANGUAGE PROFICIENCIES**
- App. Development: Swift (iOS), C++, C#, DATA BASIC, Java, PHP, & Visual Basic.
- Cloud / Server: Unix, Apache, Linux (all flavors), & Windows Server.
- Database: SQL, Oracle, MongoDB, DynamoDB, various other flavors from AWS/Azure/Google.
- Proprietary Scripting: PowerShell, ASP.NET, Python 2.x & 3.x, HTML, Java & Ingres.

**CERTIFICATIONS**
- CERTIFIED E-DISCOVERY SPECIALIST (CEDS)
- SANCTION II
- CERTIFIED APPLE DEVELOPER
- FTK / ENCASE CERTIFIED (FORENSIC COLLECTION & ANALYSIS TOOLS)
- LOGIKCULL