Time set: 10:30 AM  
Start time: 10:42 AM  
End time: 12:20 PM

# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTE OF PROCEEDINGS:</u>

SILVIA L. CARRENO-COLL, U.S. DISTRICT JUDGE

    COURTROOM DEPUTY: María Elena Pintado-Espiet    Date:  June 3, 2024

    COURT REPORTER: Joe Reynosa                            **Criminal Case: 22-342 (SCC)**

====================================================================

## CASE CALLED FOR STATUS CONFERENCE

A Status Conference as to Wanda Vázquez-Garced, Julio M. Herrera-Velutini and Mark T. Rossini was held on June 3, 2024. On behalf of the Government were AUSA Myriam Y. Fernández-González and Trial Attorneys Ryan R. Crosswell and Nicholas W. Cannon. On behalf of Defendant Vázquez-Garced were Attorneys Luis A. Plaza-Mariota, Edgar L. Sánchez-Mercado and Ignacio Fernández De Lahongrais. On behalf of Defendant Herrera-Velutini were Attorneys Sonia Torres-Pabón and Lilly Ann Sánchez. On behalf of Defendant Rossini were Attorneys Michael Brian Nadler, Juan J. Michelen and Lydia Lizarribar-Masini. Counsels for Mr. Herrera-Velutini and Mr. Rossini appeared by VTC. The Court acknowledged that, prior to the Status Conference, the following motions were filed: (1) Mr. Rossini's Request to Exclude at Docket No. 561; (2) Mr. Herrera-Velutini's Renewed Motion to Compel and Exclude at Docket No. 562 and (3) Mr. Herrera-Velutini's Motion to Join at Docket No. 563.

The Court granted Mr. Herrera-Velutini's Motion to Join at Docket No. 563. Upon inquiring about Mr. Herrera-Velutini's Motion at Docket No. 562, the Government stated that it wished to state its position in writing and requested 10 days to do so. The Court granted the Government's request. Therefore, the Government's response to Mr. Herrera-Velutini's Motion at Docket No. 562 is due by **June 13, 2024**.

Time set: 10:30 AM
Start time: 10:42 AM
End time: 12:20 PM

The Court then heard the parties' positions regarding the Motion at Docket No. 561. Attorney Lilly Ann Sánchez stated that it would take approximately 8 months to review the Government's productions. So, she does not believe that a January 2025 trial date is realistic. Attorney Michelen highlighted the productions' volume and difficulties the defense has encountered while reviewing the same. The Government once again detailed the Filter Review Team process and stated its willingness to assist the defendants as needed. After having considered the parties' arguments, the Court denied the Motion at Docket No. 561. In support of its ruling, the Court underscored that no official discovery cutoff had been previously set and deadlines will help the parties move forward. Accordingly, the Court set the following deadlines:

- **COB June 3rd** – AUSA Fernández-González will file her Notice of Appearance.
- **June 30th** – The Government must have produced to the defendants all potentially privileged documents identified by the Filter Review Team.
- **July 30th** – Discovery cutoff, including reciprocal discovery and documents that were initially flagged as potentially privileged by the Filter Team which the defendants agree may be produced.
- **August 30th** – Designation of Evidence, *Jencks, Giglio* and any 404(b) Material.
- **September 27th** – Dispositive Motions, including Supplemental Briefing regarding Docket No. 262.
- **November 1st** – Motions in limine.
- **December 2nd** – Proposed voir dire and proposed jury instructions.
- **December 16th** – Pretrial Conference.

A further status Conference was set for **August 7, 2024, at 3:30 p.m**. The same will be held in person.

After the deadlines were set, Attorney Nadler reiterated his concerns regarding the voluminous discovery and stated that the trial should be continued. The Court denied that request, opting instead to wait until the August Status Conference to evaluate the parties' progress.

The Court also took the opportunity to issue the following rulings:

(1) Docket No. 224 was held in abeyance at Docket No. 499. However, the same is denied without prejudice and may be refiled when Mr. Herrera-Velutini stands trial for Counts 5, 6 and 7.

Time set: 10:30 AM  
Start time: 10:42 AM  
End time: 12:20 PM

(2) Docket No. 262 was held in abeyance as to Counts 5, 6 and 7 at Docket No. 506. However, the same is denied without prejudice and may also be refiled when Mr. Herrera-Velutini stands trial for Counts 5, 6 and 7.

(3) The parties are to discuss CIPA matters amongst themselves. Should they require the Court's intervention, they must have first met and conferred.

Lastly, Attorney Fernández asked if the Government could segregate the productions into documents pertaining to Counts 1, 2, 3 and 4 and documents regarding Counts 5, 6 and 7. The Government agreed to discuss this with the defendants.

In San Juan, Puerto Rico, this 3rd day of June 2024.

s/ María Elena Pintado-Espiet  
COURTROOM DEPUTY