## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

       v.

JULIO M. HERRERA-VELUTINI,

    Defendant.

CRIMINAL NO. 22-342 (SCC)

## MOTION TO RESTRICT

**TO THE HONORABLE COURT:**

COMES NOW the defendant, Julio M. Herrera-Velutini ("the Defendant" or "Mr. Herrera"), through his undersigned attorneys, and respectfully states and prays as follows:

1.    Today, the Defendant is filing a Reply to Docket No. 574 under the following level of restriction: ***Restricted viewing for case participants only (The Government and the Defendants).***

2.    The Defendant is filing the Motion with the requested level of restriction as it includes information concerning confidential sources and other details of the discovery that may be protected.

WHEREFORE, it is respectfully requested that the Motion be accepted under the requested restriction level.

Respectfully submitted in San Juan, Puerto Rico, on this 24th day of June 2024.

**DLA Piper (Puerto Rico) LLC**

/s/ *Sonia I. Torres-Pabón*
Sonia I. Torres-Pabón, Esq.
USDC-PR No. 209310
500 Calle de la Tanca, Ste. 401
Sonia.torres@us.dlapiper.com
San Juan, PR 00901-1969
Tel: 787-945-9101

**The LS Law Firm**
/s/ *Lilly Ann Sanchez*
Lilly Ann Sanchez, Esq.
Fla. Bar No. 195677
One Biscayne Tower, Suite 2530
2 South Biscayne Blvd.
Miami, Florida 33131
Email: lsanchez@thelsfirm.com
Telephone: (305) 503-5503
Facsimile: (305) 503-6801

## CERTIFICATE OF SERVICE

It is hereby certified that on this same date the present motion was filed with the Clerk of the Court through the CM/ECF electronic system which will notify and provide copies to all parties of record.

*/s/ Sonia I. Torres-Pabón*
SONIA I. TORRES-PABÓN