Time set: 2:00 PM<br>
Start time: 2:06 PM<br>
End time: 2:40 PM

# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTE OF PROCEEDINGS:</u>

SILVIA L. CARRENO-COLL, U.S. DISTRICT JUDGE

    COURTROOM DEPUTY: María Elena Pintado-Espiet   Date: October 3, 2024

    COURT REPORTER: Evilys Carrion         **Criminal Case: 22-342 (SCC)**

===================================================================

## CASE CALLED FOR STATUS CONFERENCE

A Status Conference as to Wanda Vazquez-Garced, Julio M. Herrera-Velutini and Mark T. Rossini was held on October 3, 2024, by VTC. Appearing on behalf of the Government were AUSA Myriam Y. Fernandez-Gonzalez and Trial Attorneys Ryan R. Crosswell and Nicholas W. Cannon. On behalf of Defendant Vázquez-Garced were Attorneys Luis A. Plaza-Mariota, Peter John Porrata, Ignacio Fernandez De-Lahongrais and Edgar L. Sanchez-Mercado. On behalf of Defendant Herrera-Velutini were Attorneys Sonia Torres-Pabon, Lilly Ann Sanchez, Christopher Kise, Lazaro Fields and Ivan Feris. On behalf of Defendant Rossini were Attorneys Michael Brian Nadler, Juan J. Michelen and Lydia Lizarribar-Masini.

The Court instructed attorneys appearing for the first time in this case to file their respective notices of appearance by **COB on October 4, 2024**.

The Court began by reiterating that it would not be imposing a gag order in this case. However, due to certain comments made by counsels for Mr. Rossini and Mrs. Vazquez-

Time set: 2:00 PM
Start time: 2:06 PM
End time: 2:40 PM

Garced to certain media outlets, it deemed necessary to remind counsels of their obligations to comply with ABA Model Rule 3.6 and Local Rule 83(G)(g). Further, the Court warned that failure to abide by those rules and attempts to litigate this case outside of the courtroom would result in the imposition of monetary sanctions.

The Court reminded counsel that when they file motions, they must only select the applicable party, not all defendants.

After hearing from the Government regarding its request at Docket No. 679, the Court set the deadline of **October 17, 2024,** for the Government to file an omnibus response to the motions in limine filed by the Defendants regarding its 404(b) Notice and Designation of Evidence.

Next, the Court heard from the Defendants regarding a potential continuance. Although counsels for Mrs. Vazquez-Garced had expressed their intention to move forward with the January trial date, due to the sudden death of her investigator, Mr. Roberto Vizcarrondo and the need to retain a new investigator, they joined the request for a continuance. Therefore, all Defendants agreed on **August 25, 2025,** as the day to begin trial. The Government stated that it would be ready to try this case whenever the Court set the trial date and informed that its case-in-chief would take approximately two weeks. The Court accepted the proposed date of **August 25, 2025,** and will reset the start of the jury trial accordingly.

Counsel for Mrs. Vazquez-Garced asked for seven days (until **October 10, 2024**) to review and notify the Court if it will join Mr. Herrera-Velutini's filing at Docket No. 688. The Court granted that request.

Time set: 2:00 PM  
Start time: 2:06 PM  
End time: 2:40 PM

In view of the new trial date the Court will enter a separate order with new deadlines to file additional dispositive motions, motions in limine, proposed voir dire, jury instructions and to hold a pretrial conference.

The Court finds that the parties' need to continue reviewing discovery and evidence for trial preparation outweighs the Defendants' and the community's interest in a speedy trial. So, the STA continues to be tolled in the interest of justice until the jury trial begins.

In San Juan, Puerto Rico, this 3rd day of October 2024.

s/ María Elena Pintado-Espiet  
COURTROOM DEPUTY