IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *United States of America*<br>　*Plaintiff* | ***Crim.22-342(SCC)*** |
| v. | |
| *Mark Rossini*<br>*Defendant* | |

**Motion To Restrict and In Compliance
With Administrative Order #9**

**TO THE HONORABLE COURT:**

　*Now Comes defendant Mark Rossini  through the undersigned local  counsel and*

*respectfully states and prays :*

　A selected parties  motion has been filed on behalf of appearing defendant which contents

only pertain to the defense and the government  . It is requested the Court order it remain under

the selected parties  restriction until further order of the Court .

　***Wherefore ,it is respectfully requested that this Honorable Court grant the present
motion .***

　***Respectfully Submitted.***

　***In San Juan , Puerto Rico on this 13th day of February ,2025.***

*Certificate of Service*

*It is certified that on this date this motion is being filed through the CM/ECF electronic*

*system of the court which will automatically notify and provide copy to counsel of record.*

S/*Lydia Lizarribar Masini*
  Lydia Lizarribar Masini
  USDC 124301
  G 14 Oneill St Suite A
  San Juan , PR 00918
  Tel. 787-525-5462
  lizarribarlaw@gmail.com