Filed with the Classified
Information Security Officer

CISO
Date 04/03/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>WANDA VAZQUEZ GARCED,<br>JULIO M. HERRERA VELUTINI, and<br>MARK T. ROSSINI<br>    Defendants. | Criminal No. 22-cr-342 (SCC)<br><br>FILED *IN CAMERA* AND UNDER SEAL<br>WITH THE CLASSIFIED INFORMATION<br>SECURITY OFFICER OR DESIGNEE |

**GOVERNMENT'S OPPOSITION TO DEFENDANT HERRERA-VELUTINI'S MOTION
TO COMPEL CLASSIFIED INFORMATION AND GOVERNMENT'S MOTION UNDER
CIPA SECTION 6 TO EXCLUDE CERTAIN EVIDENCE AT TRIAL**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

RESPECTFULLY SUBMITTED, this 4th day of April, 2025.

        W. STEPHEN MULDROW
        United States Attorney

        *s/ Myriam Y. Fernandez-Gonzalez*
        Myriam Y. Fernandez-Gonzalez – 218011
        Max Pérez-Bouret
        Assistant U.S. Attorney
        Torre Chardón, Suite 1201,
        350 Carlos Chardón Street
        San Juan, Puerto Rico 00918
        Office: 787-766-5656
        myriam.y.fernandez@usdoj.gov

        */s/ Nicholas W. Cannon*
        Nicholas W. Cannon (G01814)
        Senior Litigation Counsel
        Department of Justice
        Public Integrity Section
        1301 New York Ave., NW - 10th Floor
        Washington, D.C. 20530
        (202) 514-8187
        Nicholas.Cannon2@usdoj.gov