IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[1] WANDA VÁZQUEZ GARCED,<br>[2] JULIO M. HERRERA VELUTINI,<br>[3] MARK T. ROSSINI,<br>Defendants. | CRIMINAL NO. 22-342 (SCC) |

JOINT STATUS REPORT AND REQUEST FOR STATUS CONFERENCE

The United States of America and defendants [1] Wanda Vázquez-Garced, [2] Julio M. Herrera Velutini, and [3] Mark T. Rossini jointly file this status report in compliance with the Court Order of May 23, 2025, and requesting a hearing on June 9, 2025 via Video TeleConference (VTC) if the Court is available.

1.  The United States Department of Justice and counsel for two of defendants had a productive meeting in Washington, D.C. on May 30, 2025, with members of the prosecution team and senior officials in the Department.[1] The parties intend to continue these discussions today and next week in an effort to resolve the case and alleviate the need for trial.

2.  The parties would request that the Court schedule a brief hearing via VTC on June 9, 2025, so that the parties can inform the Court of their posture and discuss outstanding deadlines. If the parties are able to come to a resolution before that date, they will alert the Court immediately.

3.  The parties submit to the Court that they are acting in good faith with an eye towards

---

[1] The remaining defendant's counsel spoke with the undersigned this morning to receive a summary of the meeting and engaged in productive conversations regarding their client's status in relation to the other discussions yesterday.

resolving the matter short of trial and to conserve substantial judicial and private resources.

WHEREFORE, the parties respectfully requests that the Court take notice of the foregoing and if the Court has availability, schedule a status conference on June 9, 2025 via VTC.

Respectfully submitted on this 30th day of May 2025.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system.

W. STEPHEN MULDROW
United States Attorney

*s/ Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernandez-Gonzalez – 218011
Assistant U.S. Attorney
Torre Chardón, Suite 1201,
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Office: 787-766-5656
myriam.y.fernandez@usdoj.gov

*/s/ Nicholas W. Cannon*
Nicholas W. Cannon (G01814)
Senior Litigation Counsel
Department of Justice
Public Integrity Section
1301 New York Ave., NW - 10th Floor
Washington, D.C. 20530
(202) 514-8187
Nicholas.Cannon2@usdoj.gov