**UNITED STATES DISTRICT COURT
OF PUERTO RICO
CASE NO. 25-CR-298-SCC
CASE NO. 22-CR-342-SCC**

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MARK ROSSINI,
    Defendant.

_____/

### NOTICE OF ACCEPTANCE OF PRESIDENTIAL PARDON

Mark T. Rossini, through counsel, hereby accepts the full and unconditional pardon granted by the President on January 15, 2026, as referenced in the Government's Notice. [Case Nos. 22-cr-342, ECF No. 895].

This acceptance applies to all charges arising out of Case Nos. 22-cr-342 and 25-cr-298 in the District of Puerto Rico. Accordingly, Mr. Rossini requests dismissal of all charges pending before this Court with prejudice.

Date: January 20, 2026

Respectfully submitted,

**LIZARRIBAR MASINI
LAW OFFICE**
*Lydia Lizarribar Masini*
G-14 O'Neill Street, Suite A
San Juan, PR 00918
Telephone: (787) 250-7505
lizarribarlaw@gmail.com

**STUMPHAUZER KOLAYA
NADLER & SLOMAN, PLLC**
2 South Biscayne Boulevard,
Suite 1600, Miami, FL 33131
Telephone: (305) 614-1400

*Michael B. Nadler*
Fla. Bar No. 51264
mnadler@sknlaw.com

/s/ *Juan J. Michelen*
Fla. Bar No. 92901
jmichelen@sknlaw.com

*Admitted pro hac vice*

### CERTIFICATE OF SERVICE

I certify that on January 20, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF, causing a copy to be served on counsel of record.

/s/ *Juan J. Michelen*